KUHN, J.,
concurring.
|,I agree with the majority that the record does not contain sufficient evidence to support the confirmation of the default judgment. Plaintiffs’ attorney stated that he did not want to formally introduce the medical records and bills into evidence because he did not have copies for the court. Although the trial court was apparently able to review these items, on appeal we are unable to do so. Moreover, the record is devoid of any narratives, affidavits, or testimony of the treating physicians that related the injuries each plaintiff sustained to the December 2002 accident, and nothing in the transcript suggests plaintiffs offered such evidence or that the trial court relied upon it in its confirmation of the default judgment. See La. C.C.P. art. 1702 D; see also Meshell v. Russell, 589 So.2d 86, 88-89 (LaApp. 2d Cir.1991) (noting a lack of competent evidence to support confirmation of default judgment in a personal injury accident where the record did not include a narrative report of treating physician or his testimony or proof that expenses were medically necessary). Accordingly, I agree that there is insufficient evidence to support the judgment and, therefore, concur in the majority’s reversal.